IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| SAMMY DAVIS JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-0058 |
| v. | ) | |
| | ) | |
| KENNETH MAPP, FELECIA BLYDEN, and | ) | |
| ESTER SWEENEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER[1]**

**THIS MATTER** comes before the Court on the Amended Report and Recommendation ("Amended R&R") by Magistrate Judge George W. Cannon, Jr., filed on June 25, 2020, recommending dismissal of the complaint as moot and for failure to prosecute.[2] (ECF No. 29.) The Court conducted a de novo review of the record and has made an independent determination finding no error.[3] Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Amended Report and Recommendation, ECF No. 29, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] The Amended R&R noted that Plaintiff appears "in the process of receiving the funds which are the subject of this action" and thus "Plaintiff's claim for $8,889 is likely moot." (ECF No. 29 at 4.) The Amended R&R further states that "[a]s to any interest owed on those funds—or the $20 million" claimed by Plaintiff, dismissal is recommended for "failure to prosecute." *Id.*

[3] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

*Davis Jr. v. Mapp*
Case No. 1:17-cv-0058
Order
Page **2** of **2**

      **ORDERED** that the Amended First Complaint filed on August 23, 2018, ECF No. 23, is

**DISMISSED WITHOUT PREJUDICE;** it is further

      **ORDERED** that the Magistrate Judge's initial Report and Recommendation, ECF No.

8, is **DENIED AS MOOT**; it is further

      **ORDERED** that Plaintiff Sammy Davis Jr.'s Objection to the Magistrate Judge's initial

Report and Recommendation, ECF No. 11, is **DENIED AS MOOT**; it is further

      **ORDERED** that a copy of this Order shall be served on Sammy Davis Jr. at his last

known address provided to the Court by certified mail return receipt requested and that a

copy of the return receipt shall be filed on the docket; and it is further

      **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.


**Dated:** March 31, 2026                    */s/ Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**